FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 SEP

SOUTHERN DISTRICT

BY ____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '08 MJ 2734 |
| Plaintiff, ) | |
| v. ) | COMPLAINT FOR VIOLATION OF: |
| ) | |
| Adan Del Carmen RAMOS-Martinez, ) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| ) | Transportation of Illegal |
| ) | Aliens |
| ) | |
| Defendant(s) ) | |

The undersigned complainant, being duly sworn, states:

On or about **September 3, 2008,** within the Southern District of California, defendant **Adan Del Carmen RAMOS-Martinez** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Alejandro RODRIGUEZ-Gonzalez, Elena BORGES-Cauich,** and **Rocio ZEPEDA-Aguirre** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **5**th DAY OF **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

9/3/08

**CONTINUATION OF COMPLAINT:**
**Adan Del Carmen RAMOS-Martinez**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Alejandro RODRIGUEZ-Gonzalez, Elena BORGES-Cauich, and Rocio ZEPEDA-Aguirre** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 3, 2008, Border Patrol Agents M. Saclarides and P. Padilla were observing traffic near Tierra del Sol Road in Boulevard, California. Both agents were wearing civilian attire and operating unmarked Border Patrol surveillance vehicles. Tierra Del Sol Road is a notorious smuggling corridor that spans approximately six and a half miles between Old Highway 80 and the United States/Mexico border, approximately eighteen miles east of the Tecate, California Port of Entry. The community of Tierra Del Sol is a small, rural residential and ranching border community without any restaurants, public facilities, stores or other amenities to attract visitors, so the majority of the light traffic encountered along Tierra Del Sol Road is attributable to local residents, law enforcement, or subjects involved in smuggling activity.

At approximately 3:30 p.m., Agents Padilla and Saclarides observed a tan Ford pickup truck turn south on Tierra del Sol Road. Agent Saclarides began following the vehicle which registration checks revealed was registered out of Los Angeles, California. This area is more than 175 miles from Boulevard, California and in Agents Saclarides' and Padilla's experience, vehicles registered so far from the local area are often involved in smuggling when encountered near the border area. Agent Saclarides continued surveillance of the vehicle and as the vehicle passed the six mile marker, it came to the crest of the hilltop and continued down the other side. Agent Saclarides was unable to see the vehicle and waited for the vehicle to reappear.

After waiting approximately five minutes and not seeing the vehicle, Agent Saclarides and Border Patrol Agent L. Valdivia, also wearing civilian attire and operating an unmarked Border Patrol surveillance vehicle, began searching for the tan Ford pickup. Agent Saclarides contacted a Customs and Border Protection Air and Marine helicopter flying overhead and requested assistance in locating the tan Ford pickup truck. The helicopter was able to observe the tan pickup driving towards Tierra del Sol Road on short, dirt, access road to a San Diego Gas and Electric power tower. Agent Valdivia observed the vehicle turn onto Tierra del Sol Road, heading back north. The observer in the helicopter stated that he was unable to see into the bed of the truck because it was covered by two sheets of plywood. Plywood is commonly used to cover the open bed of pickup trucks used in smuggling events to conceal the smuggled aliens or contraband from aerial surveillance by law enforcement.

Believing the vehicle was now loaded with smuggled aliens; Agent Saclarides requested a marked Border Patrol vehicle conduct a vehicle stop on the Ford pickup. Supervisory Border Patrol Agent E. Lee responded and pulled in behind the Ford pickup. The driver, later identified as the defendant **Adan Del Carmen RAMOS-Martinez**, pulled to the right shoulder of Tierra del Sol Road, near the two mile marker. Agents approached the vehicle and observed several subjects lying down behind the front seats in the passenger compartment. As Agent Lee identified himself as a Border Patrol Agent, RAMOS pulled the single key out of the ignition and handed it to Agent Lee. Agents also saw several individuals lying in the bed of the truck, beneath the plywood. Agent Saclarides questioned RAMOS as to his citizenship and RAMOS responded that he was a citizen of Mexico, in the United States illegally. At approximately 3:45 p.m., Agent Saclarides placed RAMOS under arrest while Agents Lee and Agent Valdivia questioned the front seat passenger, the three individuals lying behind the front seats, and the eight individuals in the bed of the truck as to their citizenship. All twelve smuggled aliens were found to be citizens of Mexico, in the United States illegally. All twelve smuggled aliens and RAMOS were transported to the Campo Border Patrol Station for processing.

**CONTINUATION OF COMPLAINT:**
**Adan Del Carmen RAMOS-Martinez**

**DEFENDANT STATEMENT:**

RAMOS was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. RAMOS stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. RAMOS stated he crossed the border from Tecate through the mountains approximately twenty days ago and traveled to San Diego. RAMOS' payment fell through and he stated that the smugglers decided to keep him in San Diego and to have him work for them until his fee was paid. RAMOS stated that a man gave him the key to a truck and drew him a map of where he was supposed to pick up a group of illegal aliens. RAMOS then stated that he was being given instructions on where to pick up the group via one of the cell phones that he was given. RAMOS stated he was told to drive south on Tierra Del Sol Road and to pick of the group of illegal aliens near a power tower and that he was supposed to drop off the group on Cameron Road (also known as Kitchen Creek Road) and await further instructions.

**MATERIAL WITNESSES STATEMENTS:**

Material Witnesses **Alejandro RODRIGUEZ-Gonzalez, Elena BORGES-Cauich,** and **Rocio ZEPEDA-Aguirre** each stated that they are citizens and nationals of Mexico illegally present in the United States. All the material witnesses stated that they were to pay between $1,000 to $2,000 U.S. dollars to be smuggled into the United States. All the material witnesses stated that they were guided from the border to a spot where they got into a truck. Material Witness RODRIGUEZ was able to identify the defendant as the driver of the vehicle from a photographic lineup.